UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ROSA FLORES and DAVID HOWARD, and on behalf of themselves and all others similary situated,

           Plaintiff(s),

-against-

Allied Aviation Services Inc.

           Defendant(s).

------------------------------------------------------------- x

**JOINT PROPOSED CIVIL CASE MANAGEMENT PLAN**

25 Civ. 6259 ( ) (VMS)

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s): Garrett Kaske, Kessler Matura P.C.

For Defendant(s): Frank W. Brennan, Forchelli Deegan Terrana LLP

A. Do the parties request referral to the Court's ADR program?  Yes: ☐  No: ■

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
   Yes: ☐  If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.
   No: ■  If no, do not indicate which party declines consent.

C. The parties may wish to engage in settlement discussions. If so, Plaintiff(s) will serve demand by March 20, 2026. Defendant(s) will respond by April 17, 2026.

D. Defendant(s) will answer or otherwise respond to complaint by March 6, 2026, if not yet done.

The parties will serve Rule 26(a)(1) initial disclosures by March 13, 2026, if not yet done.

The parties will serve initial document requests and interrogatories on or before March 27, 2026.

Any joinder and/or amendments of the pleadings must be made by May 4, 2026.

The parties will complete fact discovery by January 8, 2026.

If the parties perform expert discovery, they will serve initial disclosures by February 5, 2027; initial expert reports by March 5, 2027; and rebuttal expert reports on or before April 2, 2027. All discovery, including expert depositions, will be completed by May 14, 2027, and the parties will file a joint letter certifying the close of all discovery by this same date.

Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order:
Plaintiff intends to move for FLSA Conditional Certification by April 3, 2026.  Plaintiff would like to initiate their anticipated Motion for Class Certification under the to-be-assigned District Judge's rules after the close of fact discovery, that is on or before February 5, 2027.