UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ROSA FLORES and DAVID HOWARD, and on
behalf of themselves and all others similarly situated,   Case No. 25-CV-6259 (VMS)

                              Plaintiffs,

-against-

ALLIED AVIATION SERVICES INC.,

                              Defendant.

------------------------------------------------------------------- X

To:   The Clerk of the Court and all parties of record

**PLEASE TAKE NOTICE,** Forchelli Deegan Terrana LLP hereby appears in this action for defendant, ALLIED AVIATION SERVICES INC., ("Defendant") and demands that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Uniondale, New York
       March 6, 2026

                                             *Frank W. Brennan*
                                             _____
                                             Frank W. Brennan, Esq.
                                             Forchelli Deegan Terrana, LLP
                                             Attorneys for Defendant,
                                             Allied Aviation Services, Inc.
                                             333 Earle Ovington Boulevard, Suite 1010
                                             Uniondale, New York 11553
                                             516-248-1700
                                             fbrennan@forchellilaw.com