UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ROSA FLORES and DAVID HOWARD, and on
behalf of themselves and all others similarly situated,   Case No. 25-CV-6259 (VMS)

                              Plaintiffs,

-against-

ALLIED AVIATION SERVICES INC.,

                              Defendant.

------------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ALLIED AVIATION SERVICES INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                              None                            .

Dated: Uniondale, New York
       March 6, 2026

                                              *Frank W. Brennan*
                                              Frank W. Brennan, Esq.
                                              Forchelli Deegan Terrana, LLP
                                              Attorneys for Defendant,
                                              333 Earle Ovington Boulevard, Suite 1010
                                              Uniondale, New York 11553
                                              516-248-1700
                                              fbrennan@forchellilaw.com