UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| ROSA FLORES and DAVID HOWARD, and on behalf of themselves and all others similarly situated, | : <br> : No.: 25 Civ. 6259 (VMS) <br> : |
| Plaintiffs, | : <br> : <br> : |
| -against- | : <br> : |
| ALLIED AVIATION SERVICES INC., | : <br> : |
| Defendant. | : |

------------------------------------------------------------------------X

# NOTICE OF APPEARANCE
## FOR TROY L. KESSLER

Please take notice that, I, Troy L. Kessler, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
       March 7, 2026

                                            Respectfully submitted,

                                            By: /s/ Troy L. Kessler
                                                Troy L. Kessler

                                            **KESSLER MATURA P.C.**
                                            534 Broadhollow Road, Suite 275
                                            Melville, New York 11747
                                            (631) 499-9100
                                            tkessler@kesslermatura.com

                                            *Attorneys for Plaintiffs and the*
                                            *Putative Collective and Class Action*