UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROSA FLORES and DAVID HOWARD, and on behalf :
of themselves and all others similarly situated,                              :   No.: 25 Civ. 6259 (VMS)
                                                                               :
                        Plaintiffs,                                            :
                                                                               :
   -against-                                                                   :
                                                                               :
ALLIED AVIATION SERVICES INC.,                                                 :
                                                                               :
                        Defendant.                                             :
------------------------------------------------------------------------ X

# NOTICE OF APPEARANCE
# FOR BENJAMIN GOLDSTEIN

PLEASE TAKE NOTICE that, I, Benjamin Goldstein, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated:  Melville, New York
        March 12, 2026

                                    Respectfully submitted,

                                    By: s/ *Benjamin A. Goldstein*
                                    Benjamin A. Goldstein
                                    **KESSLER MATURA P.C.**
                                    534 Broadhollow Road, Suite 275
                                    Melville, New York 11747
                                    (631) 499-9100
                                    bgoldstein@kesslermatura.com

                                    *Attorneys for Plaintiffs and the*
                                    *Putative Collective and Class Action*