UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROSA FLORES and DAVID HOWARD, and on behalf : 
of themselves and all others similarly situated,   :   No.: 25 Civ. 6259 (VMS)
                                                                                    :
                                        Plaintiffs,                          :
                                                                                    :
             -against-                                                      :
                                                                                    :
ALLIED AVIATION SERVICES INC.,                        :
                                                                                    :
                                        Defendant.                        :
----------------------------------------------------------------------- X

## STIPULATION TOLLING FLSA STATUTE OF LIMITATIONS

Plaintiffs and Defendant, through their undersigned counsel, stipulate and agree as follows:

### RECITALS

Plaintiffs commenced this action, bringing claims under the Fair Labor Standards Act ("FLSA"), as a collective action and under the New York Labor Law, as a class action, in the United States District Court for the Eastern District of New York. *See generally* ECF No. 1 (Compl.). Plaintiffs allege that they and their fellow Fueling Supervisors/Dispatcher ("Supervisors") were not paid their overtime wages in violation of the FLSA. *See id*. ¶¶ 1-2. Plaintiffs seek conditional FLSA certification of all Supervisors employed in the last three years, outside of Newark Liberty International Airport. *See, e.g.*, *id.* ¶ 3. Defendant asserts that Supervisors were properly paid all wages due under the law and deny the propriety of conditional certification. *See generally* ECF No. 10 (Ans.).

At the Initial Conference on March 4, 2026, the Court instructed the Parties to complete fact discovery on the two named Plaintiffs only by May 29, 2026. *See* ECF Ord., dated Mar. 11, 2026. The Court also instructed the Parties to file a joint letter outlining their plans for the next steps to be taken in this action by June 5, 2026 (the "Joint Status Report").

At the Initial Conference, Plaintiffs requested that the Court toll the statute of limitations for the FLSA during the pendency of this limited discovery period, to relieve Plaintiffs of the obligation to move for conditional certification during this limited discovery period. The Court instructed the Parties to submit a joint submission as to the propriety of tolling by March 12, 2026. *See id*.

The Parties wish to avoid the time and expense of briefing conditional certification in this context

**NOW THEREFORE IT IS STIPULATED AND AGREED AS FOLLOWS:**

1.  In the event that this case is not resolved during the pendency of the limited discovery period, and this Court later grants a motion permitting notice to be sent to similarly situated individuals advising them of their right to opt-in, the limitations period for any person receiving notice will be tolled from the date of this Stipulation until the parties file their Status Report on or before June 5, 2026.

2.  Nothing herein shall be construed as a stipulation by Defendant that Plaintiffs and the individuals to whom notice and consent may issue are, in fact, "similarly situated" under the law. Nor shall this stipulation be construed as waiving or impairing Defendant's right to challenge the propriety of proceeding as a collective action and/or the inclusion of any individual who opts into the collective action at the second stage of the two-step procedure endorsed by the Second Circuit for certification of a collective action under the FLSA.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

Dated: March 12, 2026

| FORCHELLI DEEGAN TERRANA, LLP | KESSLER MATURA, P.C. |
|---|---|
| *Frank W. Brennan* | *[signature]* |
| Frank W. Brennan, Esq. | Garrett Kaske |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |
| 333 Earle Ovington Boulevard, Ste 1010 | 534 Broadhollow Road, Ste. 275 |
| Uniondale, New York 11553 | Melville, New York 11747 |
| (516) 248-1700 | (631) 499-9100 |
| fbrennan@forchellilaw.com | gkaske@kesslermatura.com |