E.D.N.Y. Direct Assignment Program Acknowledgement Form (Rev. 9/2025)

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ROSA FLORES and DAVID HOWARD, and on
behalf of themselves and all others similarly situated,
_____ ,

Plaintiff(s),

Civil Action No. 25 Civ. 6259 (VMS)
_____

v.

ALLIED AVIATION SERVICES INC.
_____ ,

Defendant(s).

## DIRECT ASSIGNMENT PROGRAM ACKNOWLEDGEMENT

**NOTE: This form is <u>not</u> a consent to Magistrate Judge jurisdiction form, and no party should indicate here whether they consent to Magistrate Judge jurisdiction.**

**To consent to Magistrate Judge jurisdiction, file an AO 85 form or the E.D.N.Y. consent form, available at <u>https://www.nyed.uscourts.gov/sites/default/files/uploads/mjconsentform.pdf</u>.**

The parties affirm that:

1.      Lead counsel for each party has reviewed Administrative Order 2025-14, governing the E.D.N.Y. Direct Assignment Program, and consulted with their respective client(s) to discuss (a) the fact that this case has been initially assigned solely to a Magistrate Judge under the Direct Assignment Program and (b) the option to consent to Magistrate Judge jurisdiction over the case, including any trial.

2.      Lead counsel for each party has consulted with each other and with their respective client(s) regarding whether to consent to Magistrate Judge jurisdiction.

*Date of Consultation Between Counsel for Parties:* February 23, 2026

*Method of Consultation (e.g., phone, email, video conference, in person):* Email

| Printed names of counsel | Signatures of counsel | Dates |
|---|---|---|
| Garrett Kaske for Plaintiffs | *[signature]* | April 8, 2026 |
| Frank W. Brennan for Defendant | | April 8, 2026 |
| | | |
| | | |

.