

June 23, 2026

**Via ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

> **Re:** ***Flores et al. v. Allied Aviation Servs. Inc.***
> **Case No. 25 Civ. 6259 (E.D.N.Y.)**

Dear Chief Magistrate Judge Scanlon:

We are attorneys for Plaintiffs and write jointly with counsel for Defendant to provide the Court with a Status Report, in accordance with Court's orders of March 11 and June 23.

First, we apologize for not filing a joint letter on or before June 5. At the time, the Parties were operating under the scheduling order issued by the Honorable Hector Gonzalez, U.S.D.J, on April 27. *See* ECF No. 17. As a result, we believed that Your Honor's scheduling order had been vacated and the status report was no longer required. We also apologize for not clearing up this confusion sooner by, *inter alia*, consenting to the Court's jurisdiction when first prompted by Judge Gonzalez on April 27.

Second, because Judge Gonzalez instructed the Parties in his April 27 Order, to expand the scope of discovery beyond the Court's directive of March 11, the Parties took a detour from the Court's March 11 Order. To these ends, Plaintiffs also served class-wide discovery demands. While meeting and conferring on the outstanding discovery, the Parties agreed to consent back to Your Honor's jurisdiction, and filed the consent form on June 18. *See* ECF No. 19. Judge Gonzalez then reassigned this case to Your Honor on June 22.

Now, the Parties respectfully request that the Court permit the Parties to complete the individual discovery contemplated by the Court's March 11 Order by July 23, 2026. Additionally, we ask the Court grant the Parties leave to file a status report by July 30, advising the Court as to how the Parties will be proceeding. The Parties will continue to consider pursuing mediation through the Court-annexed program.

This is the Parties' first request to extend the deadlines from the March 11 Order. We thank the Court for its consideration.

Respectfully submitted,

Garrett Kaske

cc:      Counsel of Record (via ECF)