

**FRANK W. BRENNAN**
PARTNER
FBRENNAN@FORCHELLILAW.COM

July 21, 2026

**VIA ECF**

Via ECF Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

   Re: Flores et al. v. Allied Aviation Servs. Inc.
     Case No. 25 Civ. 6259 (E.D.N.Y.)

Dear Chief Magistrate Judge Scanlon:

   We are attorneys for Plaintiffs and write jointly with counsel for Plaintiffs to respectfully request that the Court to extend the Parties time to complete written discovery up to and including August 24, 2026. Additionally, we ask the Court to grant the Parties leave to file a status report by August 31, 2026, advising the Court as to how the Parties will be proceeding. The Parties will continue to consider pursuing mediation through the Court-annexed program.

   This is the Parties' second request to extend the deadlines from the original March 11, 2026, Order.

   We thank the Court for its consideration.

          Respectfully submitted,

          *Frank W. Brennan*

          Frank W. Brennan