

**FRANK W. BRENNAN**
PARTNER
FBRENNAN@FORCHELLILAW.COM

July 30, 2026

**VIA ECF**

Via ECF Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:    Flores et al. v. Allied Aviation Servs. Inc.
            Case No. 25 Civ. 6259 (E.D.N.Y.)

Dear Chief Magistrate Judge Scanlon:

Initially, as counsel for Defendant, I apologize for the inadvertent failure to provide the Court with a reason for the prior request for an extension of the discovery deadline in accordance with Your Honor's rules. As the Court may be aware, the application was made after regular business hours shortly before the parties' discovery status letter was due to be filed. The reason for the delay in the filing was due to the fact that Plaintiffs' counsel and I were unable to connect until I returned to my office shortly before the filing of the letter motion, as I have been engaged on other matters out of the office for a significant amount of time this month as a result of being short a couple of attorneys in my department.

Similarly, the reason for the extension request was that the Defendant's employees, having received both an individual and a collective/class set of discovery demands, while in the midst of some upheaval related to their services at the airport, were unsure of which set of discovery demands to respond. Unfortunately, due to seasonal leave/vacations at the airport and your affiant unexpectedly being engaged on other matters both inside and outside the office, there were difficulties experienced in connecting with the individual at the Defendant with relevant knowledge and authority to address both the confusion and responses to the discovery demands. Having communicated with Plaintiffs' to clear up the confusion related to the discovery demands, I have scheduled time this week with the individual at the Defendant that will be providing responses in order to assist in addressing any remaining confusion related to the Plaintiffs' individual discovery demands.

As such, I write on behalf of the parties to jointly and respectfully request that the Court extend the parties time to complete written discovery up to and including August 24, 2026. Additionally, we ask the Court to grant the parties leave to file a status report by August 31, 2026, advising the Court as to how the Parties will be proceeding with any remaining discovery. As previously noted, the Parties will continue to consider pursuing mediation through the Court-annexed program.

This is the Parties' third request to extend the deadlines from the original March 11, 2026, Order, the first request being granted and the second request being denied.

We thank the Court for its consideration.

Respectfully submitted,

_____
Frank W. Brennan

2