KESSLER MATURA

August 19, 2026

**<u>Via ECF</u>**
Hon. Vera M. Scanlon, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re: *Flores et al. v. Allied Aviation Servs. Inc.***
**Case No. 25 Civ. 6259 (VMS)**

Dear Chief Magistrate Judge Scanlon:

We are attorneys for Plaintiffs. Please accept this letter as Plaintiff's Motion to Compel, pursuant to Section III(b) of Your Honor's Individual Rules, Local Rules 37.1 and 37.3, and Fed. R. Civ. P. 37(3)(B)(iv). We respectfully request that the Court compel Defendant to produce the documents requested in Plaintiff's First Set of Document Requests (Ex. A).

Plaintiffs served their First Set of Document Requests on May 15. Defendant, however, has not produced the documents requested or otherwise served responses. The Parties have met and conferred about the status of Defendant's production, including on July 21 and July 30, by phone. Plaintiffs have also followed up by email. Although Defendant's counsel has advised that Defendant will respond, to date, Plaintiff has not received any documents or written responses from Defendant.

Accordingly, Plaintiffs respectfully request an order compelling Defendant to respond to the attached discovery requests. Thank you for your consideration in this matter.

Respectfully submitted,

Garrett Kaske

encs.

cc: Counsel of Record (via ECF)