KESSLER MATURA

November 6, 2026

**<u>Via ECF</u>**
Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re: *Flores, et al. v. Allied Aviation Services Inc.***
**Case No. 25 Civ. 06259 (VMS)**

Dear Chief Magistrate Judge Scanlon:

We represent Plaintiffs in the above-referenced action. We write jointly with counsel for Defendant to respectfully request an extension of the discovery deadlines, so as to complete depositions of Plaintiffs and relevant company representatives on November 20 and 23.

The parties have substantially completed paper discovery and have agreed to conduct the four depositions remotely on November 20 and 23. Although the October 30, 2026 deposition deadline has passed, the parties respectfully request that the Court extend that deadline to November 23, and the November 6, deadline to submit a joint status report on the proposed next steps of the litigation to November 30.

This is, collectively, the Parties' fifth request to extend the deadline to complete this discovery process, as set forth in the original March 11, 2026, Order. The Court granted the first, second, fourth, and fifth requests, but denied the third request. This is the second request to extend the time to complete discovery for the limited purposes of taking depositions.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)