UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

ROSA FLORES and DAVID HOWARD, and on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

ALLIED AVIATION SERVICES INC.,

Defendant.

----------------------------------------------------------------------X

No.: 25 Civ. 6259 (VMS)

**NOTICE OF APPEARANCE**
**FOR JOCELYN SMALL**

PLEASE TAKE NOTICE that, I, Jocelyn Small, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
November 9, 2026

Respectfully submitted,

By: /s/ *Jocelyn Small*

Jocelyn Small
**KESSLER MATURA P.C.**
445 Broadhollow Road, Suite 316
Melville, New York 11747
Telephone: (631) 499-9100
Email: jsmall@kesslermatura.com

***Attorneys for Plaintiffs and the Putative Collective and Class Action***